IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARHONDA DARDEN,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **TRANS UNION, LLC,** *et al.*, | : | |
| Defendants. | : | No. 11-6310 |

**O R D E R**

**AND NOW**, this 29th day of March, 2012, upon consideration of Defendant Allied Collection Service, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, or, in the Alternative, to Transfer this Matter to the United States District Court for the Eastern or Northern District of Texas (Docket No. 25), Plaintiff's opposition (Docket No. 33), and Allied's Reply (Docket No. 35) and Supplemental Certification (Docket No. 36), and following oral argument on March 9, 2012, it is hereby **ORDERED** that:

1) This action is **TRANSFERRED** to the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a);

2) Defendant's Motion to Dismiss is **DENIED**;[1] and

3) The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As noted in the memorandum accompanying this Order, Allied voluntarily withdrew its motion to the extent it sought dismissal of this action on personal jurisdiction grounds.